[No. 26977-1-I.   Division One.   April 20, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH ASCENCIO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87-1-05238-5, Arthur E. Piehler, J., entered

September 17, 1990. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Webster, A.C.J., and Coleman, J.